

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

## REGISTRY DEPOSIT INFORMATION
## FORM

Instructions: Complete this form and e-file it as an exhibit to your motion for leave to deposit money in the court.

1. **Case Number:** 26-cv-03419

2. **Case Title:** Crye Precision LLC v. The Partnerships, et al.

3. **Judge:** Elaine E. Bucklo

4. **Moving Party:** Crye Precision LLC

5. **Amount of Deposit:** $10,000

6. **Are the funds being deposited as interpleader funds pursuant to 28 U.S.C. § 1335?**   Yes ☐   No ☑
   *(Funds deposited as interpleader funds pursuant to 28 U.S.C. § 1335 are subject to mandatory management fees and mandatory tax withholdings. Failure to properly identify interpleader funds prior to depositing them with the Clerk's Office will result in delayed disbursement.)*

I declare under penalty of perjury that the above information is true and correct. Under 28 U.S.C. § 1335, this statement under perjury has the same force and effect as a sworn statement made under oath.

| /s/ Kahlia R. Halpern | 5/28/2026 |
|---|---|
| Attorney or Litigant | Date |

Rev. 0330017